IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Freeman, Darius O

Printed: 5/6/08

Case Number: 05 B 15474
Judge: Wedoff, Eugene R
Filed: 4/20/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: April 11, 2008
Confirmed: June 2, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 37,780.04 |  |
| Secured: |  | 23,260.15 |
| Unsecured: |  | 5,608.35 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,654.21 |
| Other Funds: |  | 4,557.33 |
| Totals: | 37,780.04 | 37,780.04 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Illinois Title Loans | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 23,260.15 | 23,260.15 |
| 4. | AmeriCash Loans, LLC | Unsecured | 483.71 | 483.71 |
| 5. | Check Into Cash | Unsecured | 493.36 | 493.36 |
| 6. | RoundUp Funding LLC | Unsecured | 211.19 | 211.19 |
| 7. | National Quick Cash | Unsecured | 773.71 | 654.78 |
| 8. | Short Term Loans LLC | Unsecured | 516.99 | 516.99 |
| 9. | AmeriCash Loans, LLC | Unsecured | 551.98 | 551.98 |
| 10. | HSBC Auto Finance | Unsecured | 240.96 | 240.96 |
| 11. | National Capital Management | Unsecured | 486.77 | 486.77 |
| 12. | Check N Go | Unsecured | 587.49 | 502.53 |
| 13. | Resurgent Capital Services | Unsecured | 487.70 | 487.70 |
| 14. | Merrick Bank | Unsecured | 511.92 | 511.92 |
| 15. | ECast Settlement Corp | Unsecured | 466.46 | 466.46 |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | American Financial Corp | Unsecured |  | No Claim Filed |
| 18. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 19. | Money Market | Unsecured |  | No Claim Filed |
| 20. | Associated Recovery Systems | Unsecured |  | No Claim Filed |
| 21. | EZ Cash USA | Unsecured |  | No Claim Filed |
| 22. | First Savings Credit Card | Unsecured |  | No Claim Filed |
| 23. | Providian Bank | Unsecured |  | No Claim Filed |
| 24. | First Premier | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Freeman, Darius O

Printed: 5/6/08

Case Number: 05 B 15474
Judge: Wedoff, Eugene R
Filed: 4/20/05

$ 31,772.39      $ 31,568.50

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 121.44 |
| 5.5% | 539.97 |
| 5% | 163.62 |
| 4.8% | 314.16 |
| 5.4% | 515.02 |
| | $ 1,654.21 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

